```
                                    ___ FILED      ___ LODGED
                                    ___ RECEIVED   ___ COPY

                                         MAR - 8 2005

                                    CLERK U S DISTRICT COURT
                                      DISTRICT OF ARIZONA
                                    BY      KCS         DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, ) ) ) | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, ) ) | CV 03-1852 PHX NVW |
| v. ) ) | |
| Desert Schools Federal Credit Union, ) ) | |
| Defendant. ) | |

___  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Consent Decree filed by the Court and dated March 8, 2005, judgment is entered in favor of plaintiff and against defendant in the amount of $65,000.00, that defendant is permanently enjoined from discriminatory practices, and the defendant is required to state and enforce anti-discrimination policies.

RICHARD H. WEARE
District Court
Executive/Clerk

March 8, 2005

*Kathleen C Smith*
By:
Deputy Clerk

cc: (all counsel/jgmdrw)